UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

*Rei 283328*

IN RE:                              CASE NO.   04-17628-BKC-RAM
GLADYS SCHEER


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $     59.77  remaining in her bank
      account which represents unpresented checks drawn and mailed to
      debtor(s)/ creditor(s) in the above named case.  Your  trustee
      has   made   a   good   faith  effort  to  verify  the  correct   mailing
      address  for said debtor(s)/Creditor(s) and deliver  the  funds
      before  presenting this notice.  More than sufficient time  has
      passed  for these checks to be presented for payment,  or   the
      creditor  has returned funds  indicating they refuse the funds.

( )   The trustee has a balance of $      .00   remaining in her bank
      account  which  represents small dividends as defined  by  FRBP
      3010.

       Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of   the   names,   Claim  numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to  which  they  are
entitled.

       WHEREFORE,   your trustee hereby gives notice that  the above
stated  sum  has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy  Court, Southern  District  of Florida, to effect closing
of this estate.


Date:  _____NOV 1 2 2009_____          _____
                                                NANCY N. HERKERT
                                                CHAPTER 13 TRUSTEE

Copies to:

   GLADYS SCHEER
   9835 SW 118 AVE
   MIAMI, FL 33186

   PATRICK L. CORDERO, ESQUIRE
   198 NW 37 AVENUE
   MIAMI, FL 33125

   CHEVRON CREDIT BANK, N.A.
   2001 DIAMOND BLVD.
   PO BOX 5010, SECT. 230
   CONCORD, CA 94524-0010

   U.S. Trustee
   51 S. W. 1st Avenue
   Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.   04-17628-BKC-RAM
GLADYS SCHEER


                                CHAPTER 13


GLADYS SCHEER

9835 SW 118 AVE
MIAMI, FL 33186


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHEVRON CREDIT BANK, N.A.    ---------$        59.77
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010              UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 12

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130